UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| ROSE THOMPSON, | ) |
| Plaintiff, | ) Cause No.: 4:12-CV-2014 CAS |
| vs. | ) |
| GREYHOUND LINES, INC., | ) |
| Defendant. | ) |

## MEMORANDUM

COMES NOW the undersigned attorney, and hereby certifies to this Court that he and/or his staff have left voice mail messages with Plaintiff on her only phone number on September 5, 2013 and September 6, 2013, advising her of this Court's Notice of Hearing on the undersigned's Motion to Withdraw and sent her a letter, by overnight mail, on September 6, 2013, regarding same. Said Order was to be hand delivered to Plaintiff when she came to the office on September 5, 2013, to pick up her file, at her request, but she did not appear. Plaintiff does not have e-mail nor access to a facsimile machine.

THE BAKULA LAW FIRM

BY: _____/s/_____
Bradley J. Bakula, MBE# 32909MO
8011 Clayton Rd., Third Floor
St. Louis, MO 63117
Phone (314) 727-7100
Fax:  (314) 727-4762
e-mail: bbakula@8011clayton.com
Attorney for Plaintiff

## CERTIFICATE OF SERVICE

The undersigned certifies that a true and complete copy of the foregoing was sent via electronic mail, and addressed to: Charles E. Reis, IV, Attorney for Defendant, One Metropolitan Square, 211 North Broadway, Ste. 1500, St. Louis, MO 63102, creis@littler.com, this 26th day of June, 2013.

_____|s|_____