UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| ROSE THOMPSON, | ) |
| Plaintiff, | ) Cause No.: 4:12-CV-2014 CAS |
| vs. | ) |
| GREYHOUND LINES, INC., | ) |
| Defendant. | ) |

### MOTION FOR ADDITIONAL TIME

COMES NOW Plaintiff and for her Request for Additional Time to respond to Defendant's Motion to Enforce Settlement, states as follows:

1. On September 5, 2013, the undersigned counsel for Plaintiff received Defendant's Motion to Enforce Settlement.

2. Pursuant to Local Rule, 7-4.01(B), a response thereto should be filed by Plaintiff by September 12, 2013.

3. A hearing on the undersigned's Motion to Withdraw is set for September 10, 2013.

4. In the event said Motion to Withdraw is granted, it would be in Plaintiff's best interests that her new counsel, or Plaintiff herself, prepare the response to Defendant's Motion and have an adequate opportunity to do so.

WHEREFORE, Plaintiff prays this Court to allow Plaintiff additional time to respond to Defendant's Motion to Enforce Settlement, and any other relief this Court deems just and

fair in the premises.

                    THE BAKULA LAW FIRM

                    BY: _____/s/_____
                          Bradley J. Bakula, MBE# 32909MO
                    8011 Clayton Rd., Third Floor
                    St. Louis, MO 63117
                    Phone (314) 727-7100
                    Fax:   (314) 727-4762
                    e-mail: bbakula@8011clayton.com
                    Attorney for Plaintiff

## CERTIFICATE OF SERVICE

The undersigned certifies that a true and complete copy of the foregoing was sent via electronic mail, and addressed to: Charles E. Reis, IV, Attorney for Defendant, One Metropolitan Square, 211 North Broadway, Ste. 1500, St. Louis, MO 63102, creis@littler.com, this 26th day of June, 2013.


_____|s|_____