**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| ROSE THOMPSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 4:13-CV-2014 CAS |
| | ) | |
| GREYHOUND LINES, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

The matter is before the Court on attorney Bradley J. Bakula's motion for leave to withdraw as counsel for plaintiff. A hearing was held on the motion on September 10, 2013. Both parties appeared through counsel, as did plaintiff, and the Court heard argument on the motion. For the reasons stated at the hearing, defendant's Bradley J. Bakula's motion for leave to withdraw as counsel for plaintiff is granted. The Court will stay this matter for two (2) weeks in order to allow plaintiff time to obtain replacement counsel. Should plaintiff fail to obtain replacement counsel at the end of two (2) weeks, plaintiff shall proceed in this matter pro se.

Also pending before this Court is plaintiff's motion for extension of time to file her response to defendant's motion to enforce settlement. Plaintiff's motion will be granted, and she will be ordered to file a response on or before October 11, 2013. A hearing on this matter shall be held on October 22, 2013.

Accordingly,

**IT IS HEREBY ORDERED** that Bradley J. Bakula's motion to withdraw as counsel for plaintiff is **GRANTED.** [Doc. 42]

**IT IS FURTHER ORDERED** that all other proceedings in this case are **STAYED** for two (2) weeks.   Should plaintiff fail to obtain replacement counsel at the end of two (2) weeks, plaintiff shall proceed in this matter pro se.

**IT IS FURTHER ORDERED** that plaintiff's motion for an extension of time to respond to defendant's motion to enforce settlement is **GRANTED.**  Plaintiff shall file her memorandum in opposition to defendant's motion to enforce settlement on or before **October 11, 2013.**  Defendant shall file its reply, if any, on or before **October 18, 2013.** [Doc. 50]

**IT IS HEREBY ORDERED** that a hearing on defendant's motion to enforce settlement is set for **Tuesday, October 22, 2013, at 2:00 p.m.,** in the Third Floor Courtroom of the Thomas F. Eagleton United States Courthouse.

**IT IS FURTHER ORDERED** that the Clerk of the Court shall send a copy of this Order to plaintiff Rose Thompson at the following address: 3711 Round Hill Rd. #3, Swansea, Illinois, 62226.

_____
**CHARLES A. SHAW**
**UNITED STATES DISTRICT JUDGE**

Dated this  10th   day of September, 2013.

2